IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02426-BNB

JOSEPH R. FULLER,

      Plaintiff,

v.

LT. JOHN JOHNSON
SHERIFF BRETT POWELL,
SGT. SHAWN SHERMAN,
DEPUTY SHELBY SMITH, and
SGT. TAMMY MATTHEWSON,

      Defendants.

_____

ORDER OF DISMISSAL

_____

      Plaintiff, Joseph R. Fuller, is a prisoner in the custody of the Colorado

Department of Corrections who currently is incarcerated at the Bent County Correctional

Facility in Las Animas, Colorado.  On September 12, 2012, Mr. Fuller filed *pro se* a

Prisoner Complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1) for money damages.  He

was granted leave to proceed pursuant to 28 U.S.C. § 1915.  On October 15, 2012, Mr.

Fuller filed an amended complaint (ECF No. 7) that failed to name any defendants and

was not on the Court-approved Prisoner Complaint form, allegedly because of

extraordinary circumstances beyond Plaintiff's control.

      Neither the complaint Mr. Fuller originally filed on September 12 nor the

amended complaint he filed on October 15 complied with the pleading requirements of

Rule 8 of the Federal Rules of Civil Procedure.  Each complaint was vague, confusing,

and failed to demonstrate clearly and succinctly the personal participation of each named defendant in the alleged constitutional violations.  Therefore, on November 5, 2012, Magistrate Judge Boyd N. Boland ordered Mr. Fuller to file a second amended complaint within thirty days.  On November 16, 2012, Mr. Fuller filed the second amended complaint (ECF No. 10).  Because the second amended complaint failed to allege any constitutional claims or assert the personal participation of each named Defendant, Magistrate Judge Boland entered an order on December 12, 2012 (ECF No. 11), that afforded Mr. Fuller one final opportunity to submit within thirty days a third and final amended complaint that complied with all the directives of the December 12 and November 5 orders.  Magistrate Judge Boland warned Mr. Fuller that the second amended complaint and the action would be dismissed without further notice if he failed to comply with the December 12 and November 5 orders within the time allowed.

On December 17, 2012, the December 12 order mailed to Mr. Fuller was returned to the Court as undeliverable due to insufficient postage.  On January 7, 2013, Mr. Fuller filed a motion requesting the appointment of counsel to represent him.  On January 8, 2013, Magistrate Judge Boland entered a minute order (ECF No. 16) that denied Mr. Fuller's motion for the appointment of counsel as premature and allowed him an additional thirty days in which to file the third and final amended complaint as directed.  The minute order reminded Mr. Fuller that failure to do so within the time allowed would result in the dismissal of the instant action.

Mr. Fuller has failed, within the time allowed, to comply with the December 12 and November 5 orders or otherwise to communicate with the Court in any way.  Therefore, the second amended complaint and the action will be dismissed.

2

Finally, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Mr. Fuller files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the second amended complaint and the action are dismissed without prejudice pursuant to Rules 8 and 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Joseph R. Fuller, to comply with the pleading requirements of Rule 8 and the directives of the orders of December 12 and November 5, 2012, and for his failure to prosecute.  It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied.  It is

FURTHER ORDERED that any pending motions are denied as moot.

DATED at Denver, Colorado, this  20th  day of ____February____, 2013.

BY THE COURT:


    s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court