IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02426-LTB

JOSEPH R. FULLER,

    Plaintiff,

v.

LT. JOHN JOHNSON
SHERIFF BRETT POWELL,
SGT. SHAWN SHERMAN,
DEPUTY SHELBY SMITH, and
SGT. TAMMY MATTHEWSON,

    Defendants.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on February 20, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 20 day of February, 2013.

                            FOR THE COURT,

                            JEFFREY P. COLWELL, Clerk

                            By: s/ S. Grimm
                                Deputy Clerk